Motion Granted, Petition for Writ of Mandamus Dismissed
and Memorandum Opinion filed December 16, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-01185-CV

____________

 

JILES P. DANIELS, JR., Relator

 

 



ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

80th District Court

Trial Court Cause No. 2008-02141

 

 



M E M O R
A N D U M   O P I N I O N

            On December 2, 2010, relator Jiles P. Daniels, Jr. filed a
petition for writ of mandamus in this court.  See Tex. Gov’t Code §
22.221; see also Tex. R. App. P. 52.  Relator asked this court to direct
the respondent, the Honorable Larry Weiman, presiding judge of the 80th District
Court of Harris County, to dissolve a temporary injunction granted October 1,
2010, in trial court cause number 2008-02141.  

            On December 15, 2010, relator filed a motion to dismiss the
petition for writ of mandamus as moot because the trial court signed an order
dissolving the injunction about which he complained.  We grant the motion.

Accordingly, relator’s petition for writ of mandamus is
dismissed as moot.

 

                                                                        PER
CURIAM

 

Panel
consists of Chief Justice Hedges and Justices Yates and Jamison.